**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**David BARREN, a/k/a James Willie**
**Jones, a/k/a Vincent Hutchins,**
**Defendant–Appellant.**

No. 14–7356.

United States Court of Appeals,
Fourth Circuit.

Submitted: Feb. 12, 2015.

Decided: Feb. 18, 2015.

David Barren, Appellant Pro Se. Richard Charles Kay, Assistant United States Attorney, Seema Mittal, Charles Joseph Peters, Sr., Office of the United States Attorney, Baltimore, Maryland, for Appellee.

Before MOTZ, WYNN, and FLOYD, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

David Barren appeals the district court's order dismissing several motions made in his criminal case. We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's order. *United States v. Barren,* No. 8:08–cr–00053–PJM–1 (D.Md. Aug. 28, 2014). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*